Barry R. Swan, State Bar No. 131191
bswan@rhlaw.com
REID & HELLYER APC
3685 Main Street, Suite 300
Riverside, California 92501
Telephone: (951) 682-1771
Facsimile: (951) 686-2415

Attorneys for Movant
Gas Plus Hemet, L.P., a California limited partnership

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**RIVERSIDE DIVISION**

| | |
|---|---|
| GMWC, LLC<br><br>Debtor. | Case No. 6:24-bk-14008-SY<br><br>Chapter 11<br><br>Judge: Honorable Scott H. Yun<br><br>**REQUEST FOR JUDICIAL NOTICE**<br><br>Date: August 22, 2024<br>Time: 1:30 p.m.<br>Ctrm: 302 |

Movant, Gas Plus Hemet, L.P., a California limited partnership, ("Gas Plus") hereby request judicial notice pursuant to Federal Rule of Evidence 201 of the following facts:

1. That on April 16, 2024, Movant filed a Complaint -- Unlawful Detainer against the Debtor herein GMWC, LLC (herein the "Debtor"), Case No. UDSW2400641, in the California Superior Court, County of Riverside, as attached to the Declaration of Barry R. Swan as ***Exhibit "3"***.

2. That on July 1, 2024,\ the Debtor filed an Amended Answer in the California Superior Court, County of Riverside, in Case No. UDSW2400641 as attached to the Declaration of Barry R. Swan ***Exhibit "4"***.

3. That on July 12, 2024, the California Superior Court, County of Riverside, in Case No. UDSW2400641 granted Movant's Motion for Summary Judgment filed by Gas Plus against the Debtor as attached to the Declaration of Barry R. Swan as ***Exhibit "5"***.

4. That on December 21, 2023, the California Superior Court, County of Riverside, in the case of *Gas Plus Hemet, L.P. v. GMWC, LLC,* Case No. MCC2000890 (the "Civil Action") granted Movant's Motion for Summary Judgment, and that Court ruled that the Debtor had no right to purchase the subject premises under the option that existed in the agreement between Gas Plus and the Debtor, as set forth in the Declaration of Barry R. Swan attached as ***Exhibit "6"***.

5. That on January 18, 2024, the Riverside Superior Court in the Civil Action entered a Judgment in favor of Gas Plus against the Debtor as attached to the Declaration of Barry R. Swan as ***Exhibit "7"***.

6. That on May 22, 2024, in the Civil Action, the Riverside Superior Court also ordered expunged the Debtor's lis pendens in the Civil Action as set forth in the Declaration of Barry R. Swan as ***Exhibit "8"***.

Dated: July 23, 2024

REID & HELLYER, APC

By: ______________________
Barry R. Swan, Attorney for Plaintiff
GAS PLUS HEMET, L.P.